UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK AUSTIN,

                Plaintiff,

         -against-

MISO SUSHI INC, *et al.*,

               Defendants.
------------------------------------------------------------X

24-CV-9877 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 11, 2025
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge